# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3205
Lower Tribunal No. 20-MM-4424

_____

ARMAND COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the County Court for Orange County.
Adam McGinnis, Judge.

May 8, 2026

PER CURIAM.

Cook appeals the summary denial of his "Amended Second/Successive 3850 Motion Based on New Grounds, Facts, Merits" (the "Motion"). The trial court's order states that the Motion is denied. The order does not, however, discuss the allegations in the Motion, explain the reasons for the denial, or have any portion of the case files and records attached. Therefore, we reverse and remand. *See* Fla. R. App. P. 9.141(b)(2)(D) ("On appeal from the denial of relief, unless the record shows

conclusively that the appellant is entitled to no relief, the order must be reversed and the cause remanded for an evidentiary hearing or other appropriate relief."); *see also* Fla. R. Crim. P. 3.850(h)(1)–(5) (establishing mandatory procedures for summarily denying a motion); Fla. R. Crim. P. 3.850(j)(2) (establishing mandatory procedures for dismissing or denying a second or successive motion). On remand, the trial court shall either enter an order summarily denying or dismissing the Motion in accordance with rule 3.850(h)(1)–(5), (j)(2), or proceed in accordance with the other provisions of rule 3.850.

REVERSED and REMANDED with instructions.

NARDELLA, WHITE and MIZE, JJ., concur.


Armand Cook, Taylor, Michigan, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED